IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 22-mJ-8021-GCS |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | Title 18 United States Code Section 922(g)(1). |
| HARRION HAWKINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CRIMINAL COMPLAINT

I, Jason Herzing, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about March 1, 2022, in Marion County, within the Southern District of Illinois,

**HARRION HAWKINS,**

defendant herein, did, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely Aggravated Battery of a Peace Officer a conviction from Marion County Circuit Court case number 17CF420, possessed a firearm, being Smith & Wesson MMP9 Serial Number HUY0519 with loaded Extended magazine, one loaded and one unloaded magazine, said firearm having been shipped and transported in interstate commerce, in violation of Title 18 United States Code, Section 922(g)(1).

## AFFIDAVIT

I am a Task Force Office with the Federal Bureau of Investigation (FBI TFO) assigned to the FBI Fairview Heights Resident Agency (FVHRA), Springfield Field Office since 2018. As a TFO, I have authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. I have six (6) years of prior law enforcement experience as a municipal Police Officer for the City of Carlyle, Illinois and fifteen (15) years as a 911 Telecommunicator with the City of Centralia Illinois Police Department.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On March 1, 2022, the United States Marshals executed two arrest warrants for Harrion Hawkins and Jasmine Fleener. A citizen provided law enforcement with information causing law enforcement to conclude that Harrion Hawkins and Jasmine Fleener were within 1237 N. Poplar Street in Central City, Marion County, Illinois.

2. Members of the task force knocked and announced several times but did not receive a response from the residence or residents of 1237 N. Poplar Street. Law enforcement breeched the front door and saw a female later identified as Jasmine Fleener walk into view.

3. Jasmine Fleener was taken into custody for an outstanding arrest warrant. Jasmine Fleener denied that any additional people were inside of the residence. Law enforcement suspected that Hawkins remained inside of the residence, was known to carry a firearm, and, so far, no response from Hawkins was received. Law enforcement began to clear the house.

4.  While clearing the house, law enforcement observed in plain view one multi-colored cannabis bong sitting on the living room coffee table. Additionally, law enforcement observed in plain view one small black pistol on a nightstand within the northwest bedroom.

5.  While clearing the basement, law enforcement encountered Harrion Hawkins in the southeast corner of the basement. Hawkins was taken into custody.

6.  Thereafter, FBI TFO Herzing sought and obtained a search warrant to search 1237 N. Poplar Street, Central City, Illinois, within the Southern District of Illinois. During the search, law enforcement located the following evidence:

> a   One clear bag of suspected cannabis located inside a living room cabinet.
>
> b   Two boxes of clear plastic sandwich bags and miscellaneous cannabis paraphernalia located on the dining room table. These items were photographed, but not seized.
>
> c   One black Remington 380 pistol located in the northwest bedroom. The pistol was loaded with one round in the chamber and other rounds in the magazine.
>
> d   One black Reebok single strap bag was located next to Hawkins' shoes. At the time of his arrest, Hawkins requested his "slides." The slides were identified as shoes and were located next to the Reebok bag. At the time of Hawkins' arrest, law enforcement officers left the Reebok bag on the floor without searching its contents. Once law enforcement possessed a search warrant, the Reebok bag was searched. Inside of the Reebok bag law enforcement located clear plastic bags that contained suspected heroin/fentynal, scales, two clear bags with United States currency (not seized), a loaded gun magazine for a Smith and Wesson 9 mm. The suspected heroin/fentanyl tested positively for heroin and weighed approximately three grams. The second bag containing a white powder was not tested for safety reasons.
>
> e   One black Adidas duffle bag containing gun cleaning items, mail addressed to Harrion Hawkins (17580 Central Park Ave, Country Club Hills, Illinois), and an unloaded magazine for a pistol.

3

    f   One Smith and Wesson 9mm pistol was located behind loose paneling in the southeast corner of the basement where HAWKINS was hiding immediately prior to his arrest. The Smith and Wesson is further described as MMP9 Serial Number HUY0519.

7. Harrion Hawkins is a convicted felon. Hawkins was arrested on March 1, 2022 for violating his parole. Hawkins is on parole for Possession a Controlled Substance a conviction from Marion County Circuit Court case number 18CF40; Aggravated Battery of a Peace Officer a conviction from Marion County Circuit Court case number 17CF420; and Possession of a Controlled Substance from Marion County Circuit Court case number 17CF81. All convictions resulted in sentences greater than one year in custody.

8. Because Hawkins is on parole for several felonies, served more than one year in IDOC custody, Hawkins should know he is a felon.

9. Smith and Wesson does not manufacture firearms in Illinois, thus the Smith and Wesson 9mm pistol traveled in interstate commerce.

10. All of these events occurred within the Southern District of Illinois.

                       FURTHER YOUR AFFIANT SAYETH NAUGHT.

                       Jason Herzing,
                       Task Force Officer, Federal Bureau of Investigations

Jennifer Hudson
Assistant United States Attorney

4

State of Illinois          )
                           )   SS.
County of St. Clair        )

Sworn to and subscribed on the 2nd day of March, 2022.

*Gilbert C. Sison*
The Honorable Gilbert C. Sison
United States Magistrate Judge